IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| EVANS STURDIVANT ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO: 04-1135-T/An** |
| v. ) | |
| ) | |
| PICTSWEET FROZEN FOODS ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION FOR LEAVE
## TO FILE REPLY BRIEF BY DEFENDANT

Considering the Motion for Leave to File a Reply Brief submitted by Defendant related to its Motion for Summary Judgment and the record as a whole, and finding that Motion to be well taken;

IT IS ORDERED, ADJUDGED AND DECREED that Defendant's Motion is granted and the proposed Reply Brief attached to Defendant's Motion is hereby filed.

This the 5th day of July, 2005.

_____
James D. Todd

MEMPHIS:153539.1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 07-05-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:04-CV-01135 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

N. Victoria Holladay
FORD & HARRISON, LLP
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38138--137

Evans Sturdivant
106 Bunch St.
Brownsville, TN 38012

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT