# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

EVANS STURDIVANT

v.

PICTSWEET FROZEN FOODS

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04-1135-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 08/29/05, Defendant's motion for summary judgment is GRANTED and this case is hereby DISMISSED.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


THOMAS M. GOULD
CLERK

8/30/05                        BY:   _C. Heid_____
DATE                                 DEPUTY CLERK


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on   09-01-05   .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:04-CV-01135 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Evans Sturdivant
106 Bunch St.
Brownsville, TN 38012

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

N. Victoria Holladay
FORD & HARRISON, LLP
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38138--137

Honorable James Todd
US DISTRICT COURT