IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| Evans Sturdivant,<br>    Plaintiff, | ) <br> ) <br> ) | |
| v. | ) | No. 04-1135 T/An |
| Pictsweet Frozen Foods,<br>    Defendant. | ) <br> ) <br> ) <br> ) | |

## ORDER TAXING COSTS

Pursuant to the notice of counsel for Plaintiff Evans Sturdivant that there is no opposition to the amount of costs sought in Defendant's Bill of Costs, costs are hereby taxed against Plaintiff. Defendant is awarded its requested costs in the amount of $1,830.85.

Dated: December 12, 2005

_____
Thomas M. Gould, Clerk of Court

Page 1 of 1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:04-CV-01135 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Evans Sturdivant
106 Bunch St.
Brownsville, TN 38012

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

N. Victoria Holladay
FORD & HARRISON, LLP
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38138--137

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT